| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-10955-AMC**

Diane M. Hart
2815 Tilton Street
Philadelphia  PA    19134

Petition Filed Date: 02/17/2020
341 Hearing Date: 03/27/2020
Confirmation Date: 10/14/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $1,161.00 | | 09/19/2023 | $1,161.00 | | 10/18/2023 | $1,161.00 | |
| 11/22/2023 | $1,161.00 | | 12/21/2023 | $1,161.00 | | 01/22/2024 | $1,161.00 | |
| 02/20/2024 | $1,161.00 | | 03/19/2024 | $1,161.00 | | 04/24/2024 | $1,161.00 | |
| 05/20/2024 | $1,161.00 | | 06/21/2024 | $1,161.00 | | 07/15/2024 | $1,161.00 | |

**Total Receipts for the Period: $13,932.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $46,559.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Diane M. Hart | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $5,982.48 | $1,441.79 | $4,540.69 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $6,481.65 | $1,562.09 | $4,919.56 |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $2,946.12 | $709.96 | $2,236.16 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $4,229.36 | $1,019.24 | $3,210.12 |
| 5 | CAPITAL ONE NA<br>»» 006 | Unsecured Creditors | $388.36 | $84.19 | $304.17 |
| 6 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $3,270.48 | $788.23 | $2,482.25 |
| 7 | CHASE BANK USA NA<br>»» 008 | Unsecured Creditors | $6,459.35 | $1,556.69 | $4,902.66 |
| 8 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 009 | Secured Creditors | $4,494.20 | $4,494.20 | $0.00 |
| 9 | PHILADELPHIA GAS WORKS<br>»» 010 | Unsecured Creditors | $279.98 | $65.17 | $214.81 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $374.54 | $81.16 | $293.38 |
| 11 | BANK OF AMERICA NA<br>»» 012 | Unsecured Creditors | $8,193.79 | $1,974.67 | $6,219.12 |
| 12 | US BANK NA<br>»» 013 | Unsecured Creditors | $2,656.93 | $640.26 | $2,016.67 |
| 13 | PNC BANK<br>»» 014 | Unsecured Creditors | $18,320.39 | $4,415.14 | $13,905.25 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | JEFFERSON CAPITAL SYSTEMS LLC »» 015 | Unsecured Creditors | $3,332.80 | $803.23 | $2,529.57 |
| 15 | QUANTUM3 GROUP LLC as agent for »» 016 | Unsecured Creditors | $12,693.10 | $3,058.99 | $9,634.11 |
| 16 | QUANTUM3 GROUP LLC as agent for »» 017 | Unsecured Creditors | $352.37 | $70.66 | $281.71 |
| 17 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $1,837.50 | $427.94 | $1,409.56 |
| 18 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $4,472.40 | $1,077.84 | $3,394.56 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $625.21 | $145.55 | $479.66 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $11,717.37 | $2,823.84 | $8,893.53 |
| 21 | JEFFERSON CAPITAL SYSTEMS LLC »» 022 | Unsecured Creditors | $4,121.96 | $993.32 | $3,128.64 |
| 22 | JEFFERSON CAPITAL SYSTEMS LLC »» 023 | Unsecured Creditors | $5,837.97 | $1,406.91 | $4,431.06 |
| 23 | SYNCHRONY BANK »» 024 | Unsecured Creditors | $198.02 | $47.71 | $150.31 |
| 24 | CITIBANK NA »» 025 | Unsecured Creditors | $6,845.09 | $1,649.68 | $5,195.41 |
| 25 | LVNV FUNDING LLC »» 026 | Unsecured Creditors | $16,910.49 | $4,075.34 | $12,835.15 |
| 26 | LOANCARE SERVICING CENTER »» 027 | Mortgage Arrears | $2,048.49 | $2,048.49 | $0.00 |
| 27 | CITY OF PHILADELPHIA (LD) »» 028 | Secured Creditors | $74.78 | $74.78 | $0.00 |
| 28 | UNITED STATES TREASURY (IRS) »» 029 | Priority Crediors | $807.00 | $807.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,559.00 | Current Monthly Payment: | $1,161.00 |
| Paid to Claims: | $42,344.07 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,159.70 | Total Plan Base: | $53,525.00 |
| Funds on Hand: | $55.23 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.