Certificate Number: 16339-PAE-DE-039360678

Bankruptcy Case Number: 20-10955



16339-PAE-DE-039360678

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 20, 2025, at 5:10 o'clock PM EST, Diane Hart completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 20, 2025

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor