United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Diane M. Hart  
    Debtor

Case No. 20-10955-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Feb 25, 2025      Form ID: 138OBJ      Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane M. Hart, 2815 Tilton Street, Philadelphia, PA 19134-5611 |
| 14468475 | + | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14475489 | | Lakeview Loan Servicing, LLC, C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14468482 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14468484 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 26 2025 03:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 26 2025 03:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14485087 | | Email/PDF: bncnotices@becket-lee.com | Feb 26 2025 01:51:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14468457 | + | Email/PDF: bncnotices@becket-lee.com | Feb 26 2025 01:50:14 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14468458 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 26 2025 03:35:00 | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14492030 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 26 2025 03:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14468459 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 26 2025 03:41:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14468466 | | Email/Text: megan.harper@phila.gov | Feb 26 2025 03:41:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14468467 | | Email/Text: megan.harper@phila.gov | Feb 26 2025 03:41:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14523616 | | Email/Text: megan.harper@phila.gov | Feb 26 2025 03:41:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14468460 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 02:49:15 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14481429 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2025 01:52:09 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14485937 | | Email/PDF: bncnotices@becket-lee.com | | |

# Case 20-10955-amc   Doc 53   Filed 02/27/25   Entered 02/28/25 00:42:09   Desc Imaged
### Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: 138OBJ | Total Noticed: 60 |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| | | | Feb 26 2025 01:50:44 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14468461 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 26 2025 01:51:41 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 14468462 | + | Email/Text: ecf@ccpclaw.com | Feb 26 2025 03:35:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14468464 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:50:44 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14497459 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:50:14 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14468465 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:50:28 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14468468 | + | Email/Text: bankruptcy@philapark.org | Feb 26 2025 03:41:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14468469 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2025 03:41:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14468470 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2025 03:41:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, PO Box 183003, Columbus, OH 43218-3003 |
| 14468471 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:50:44 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14475120 | | Email/Text: mrdiscen@discover.com | Feb 26 2025 03:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14468472 | + | Email/Text: mrdiscen@discover.com | Feb 26 2025 03:35:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14468473 | | Email/Text: bankruptcycourts@equifax.com | Feb 26 2025 03:41:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14468474 | ^ | MEBN | Feb 26 2025 00:31:39 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14468476 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2025 03:41:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14496489 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2025 03:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14495049 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2025 03:41:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN. 56302-9617 |
| 14486463 | + | Email/Text: RASEBN@raslg.com | Feb 26 2025 03:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14468478 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 26 2025 03:35:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14497645 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 26 2025 03:41:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 14495721 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 01:50:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14468479 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 26 2025 03:41:00 | LoanCare LLC, Attn: Consumer Solutions Dept, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14468480 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 26 2025 03:36:00 | Nissan Motor Acceptance, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 14487618 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 26 2025 03:36:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: 138OBJ | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| 14468481 | + | Email/Text: bnc@nordstrom.com | Feb 26 2025 03:41:06 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14492023 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2025 03:41:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14468485 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 03:36:00 | PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop BR-YB58-01-5, Cleveland, OH 44101 |
| 14493452 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 03:36:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14495950 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 01:51:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14488163 | ^ | MEBN | Feb 26 2025 00:31:50 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14468483 | + | Email/Text: bankruptcy@philapark.org | Feb 26 2025 03:41:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14495054 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2025 03:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14495053 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2025 03:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14497526 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Feb 26 2025 01:50:06 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 14468486 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Feb 26 2025 01:50:44 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 14497067 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2025 01:51:39 | Synchrony Bank by InfoSource, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14468487 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:51:43 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, PO B 965064, Orkando, FL 32896-5064 |
| 14468488 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 02:38:06 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14468489 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:51:36 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14468490 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:50:13 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14468491 | | Email/Text: DASPUBREC@transunion.com | Feb 26 2025 03:35:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14468492 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 26 2025 03:41:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 14492967 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 26 2025 03:41:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14468463 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

14468477     *     I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JEROME B. BLANK | on behalf of Creditor Lakeview Loan Servicing  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| MARIO J. HANYON | on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Diane M. Hart help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Lakeview Loan Servicing  LLC mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 51 − 50

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Diane M. Hart<br><br>    Debtor(s). | Case No. 20−10955−amc<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 25, 2025                                         For The Court

                                                                Timothy B. McGrath
                                                                Clerk of Court